OPINION — AG — HYDROCARBON INDUSTRIAL FACILITIES (E.G. PETROLEUM REFINERIES AND GAS PLANTS) WHICH DISCHARGE WASTE WATERS IN THE WATER OF THE STATE OF OKLAHOMA ARE REQUIRED TO OBTAIN A PERMIT IN ACCORDANCE WITH 82 O.S. 1977 Supp., 926.4 [82-926.4] THE REQUIREMENT OF WHICH ARE TO BE COMPATIBLE WITH THE RULES AND REGULATIONS ADOPTED BY THE CORPORATION COMMISSION AS PROVIDED FOR IN 52 O.S. 1971 139 [52-139] CITE: 82 O.S. 1977 Supp., 926.1 [82-926.1](7), 82 O.S. 1977 Supp., 926.4 [82-926.4], 52 O.S. 1971 139 [52-139], 82 O.S. 1977 Supp., 926.3 [82-926.3], 82 O.S. 1977 Supp., 926.12 [82-926.12] [82-926.12] (AMALIJA J. HODGINS)